JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK,<br><br>        Plaintiff,<br><br>        v.<br><br>BARTELL HOTELS MANAGEMENT COMPANY,<br><br>        Defendant. | Case No. CV 22-2816 FMO (MRWx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 15th day of June, 2022.

                                                          /s/<br>
                                        Fernando M. Olguin<br>
                                    United States District Judge